UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

VALDEZ J. STRAUGHTER,

      Plaintiff,   :

  v.                        Case No. 2:23-cv-1268
                           Judge Sarah D. Morrison
                           Magistrate Judge Stephanie K. Bowman

DR. ANDREW EDDY, *et al.*,   :

      Defendants.

## ORDER

    Plaintiff Valdez J. Straughter is an Ohio inmate proceeding without assistance of counsel. (ECF No. 7.) After performing an initial screen of the Complaint pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A, the Magistrate Judge issued a Report and Recommendation recommending that the Court permit Mr. Straughter to proceed on his Eighth Amendment claim for deliberate indifference to a serious medical need, and that the Court dismiss Mr. Straughter's Fourteenth Amendment deliberate indifference claims, First Amendment retaliation claims, claims brought on behalf of other prisoners, and official-capacity claims for money damages. (*Id.*)

    The parties were advised of the right to file objections to the Report and Recommendation and of the consequences of failing to do so. No objections have been filed and the time for filing objections has passed. Accordingly, the Court **ADOPTS** and **AFFIRMS** the Report and Recommendation (ECF No. 7). Mr. Straughter may proceed on his Eighth Amendment claim for deliberate indifference to a serious medical need. The balance of his claims are **DISMISSED**.

      IT IS SO ORDERED.

                                          /s/ Sarah D. Morrison
                                          **SARAH D. MORRISON**
                                          **UNITED STATES DISTRICT JUDGE**