# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

VALDEZ J. STRAUGHTER,

    Plaintiff,

  v.

DR. ANDREW EDDY, *et al.*,

    Defendants.

:

Case No. 2:23-cv-1268
Judge Sarah D. Morrison
Magistrate Judge Stephanie K. Bowman

:

## ORDER

On September 27, 2023, the Magistrate Judge issued a Report and Recommendation recommending that the Court grant Plaintiff's Motion to Dismiss Defendants (ECF No. 20) and deny Defendants' Motion to Dismiss (ECF No. 29). (R&R, ECF No. 38.) Although the parties were advised of the right to file objections to the R&R, and of the consequences of failing to do so, no objections have been filed and the time for doing so has passed.

The Court **ADOPTS** and **AFFIRMS** the Magistrate Judge's Report and Recommendation. Defendants' Motion to Dismiss (ECF No. 29) is **DENIED** and Plaintiff's Motion (ECF No. 20) is **GRANTED**. Defendants Justus, Hildebrand, Gillispie, and Olibode are dropped from this action.

    IT IS SO ORDERED.

                                /s/ Sarah D. Morrison
                                **SARAH D. MORRISON**
                                **UNITED STATES DISTRICT JUDGE**