# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

VALDEZ J. STRAUGHTER,

      Plaintiff,      :

   v.                              Case No. 2:23-cv-1268
                                 Judge Sarah D. Morrison
                                 Magistrate Judge Stephanie K. Bowman

DR. ANDREW EDDY, *et al.*,      :

      Defendants.

## ORDER

Plaintiff Valdez J. Straughter is an Ohio inmate proceeding without assistance of counsel. (ECF No. 7.) On review of Defendants' fully briefed Motion to Dismiss (ECF No. 29), the Magistrate Judge issued a Report and Recommendation recommending that the Court grant the Motion and dismiss Mr. Straughter's remaining claims. (ECF No. 50.)

The parties were advised of the right to file objections to the Report and Recommendation and of the consequences of failing to do so. No objections have been filed and the time for filing objections has passed. For the reasons set forth therein, the Court **ADOPTS** and **AFFIRMS** the Report and Recommendation (ECF No. 50). The Motion (ECF No. 29) is **GRANTED** and the case is **DISMISSED**.

The Clerk is **DIRECTED** to **TERMINATE** the case from the docket.

    **IT IS SO ORDERED.**

                                  /s/ Sarah D. Morrison
                                  **SARAH D. MORRISON**
                                  **UNITED STATES DISTRICT JUDGE**